UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MORRIS GARNER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WILLIAM WILSON, )<br>)<br>Respondent. ) | CAUSE NO. 3:07-CV-020 WL |

**OPINION AND ORDER**

Morris Garner, a *pro se* prisoner, filed a habeas corpus petition attempting to challenge his 30 day suspension on September 26, 2006 in case WCC 06-09-0249 by the Disciplinary Hearing Board (DHB) at the Westville Correctional Facility. Mr. Garner stated that he was found guilty with "30 days time deprivation (suspended). Such sanction deprives the petitioner of schooling and associated time cuts." (docket 1, page 1). The court dismissed Mr. Garner's petition on January 22, 2007 because Mr. Garner's sanction did not lengthen the duration of his confinement. On February 20, 2007, Mr. Garner filed a motion for reconsideration.

> Pursuant to Fed. R. Civ. P. 60
>
> on motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud...misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise

vacated, or it is not longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of judgment.

Mr. Garner states that the court made a mistake in assuming that he did not suffer a loss of liberty. Mr Garner asserts that because he was placed on suspension for thirty days, he is deprived of school. However, as stated in the court's January 22, 2007 order, a prison disciplinary hearing can only be challenged where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). While Mr. Garner may not be able to attend school while he is serving his suspension, this sanction is not depriving him of any good time credits he had already earned and was statutorily entitled to. Therefore, it did not increase the duration of his confinement. Consequently, Mr. Garner's motion for reconsideration (docket # 4) is **DENIED**.

SO ORDERED.

ENTERED: February 26, 2007.

                                              S/William C. Lee
                                              William C. Lee, Judge
                                              United States District Court